ROBERT HAZEN v. CITY OF UNION CITY AND DEPT. OF CIVIL SERVICE, STATE OF NEW JERSEY.

June 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY ALONGI.

June 1, 1977. Petition for certification denied.

BERNICE M. DEVALD v. MORNINGSTAR PAISLEY CO., INC.

June 1, 1977. Petition for certification denied.

JAMES FLYNN v. HARTFORD FIRE INSURANCE CO.

June 1, 1977. Petition for certification denied. (See 146 *N. J. Super.* 484)

PRESBYTERY OF NEW JERSEY OF THE ORTHODOX PRESBYTERIAN CHURCH v. PATRICIA Q. SHEEHAN.

June 1, 1977. Petition for certification denied.

JOSEPH KARLIN v. HARVEY WEINBERG.

June 1, 1977. Petition for certification granted. (See 148 *N. J. Super.* 243)